## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

34 FRANCHISE GROUP LLC et al.　　　　)　　Case # 2:26-cv-00954- CDS-DJA
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　**VERIFIED PETITION FOR**
　　　　　Plaintiff(s),　　　　　　　　)　　**PERMISSION TO PRACTICE**
　　　　　　　　　　　　　　　　　　　　)　　**IN THIS CASE ONLY BY**
　　vs.　　　　　　　　　　　　　　　　)　　**ATTORNEY NOT ADMITTED**
　　　　　　　　　　　　　　　　　　　　)　　**TO THE BAR OF THIS COURT**
　　　　　　　　　　　　　　　　　　　　)　　**AND DESIGNATION OF**
BC LICENSING, LLC et al.　　　　　　　)　　**LOCAL COUNSEL**
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant(s):　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　FILING FEE IS $250.00
　　　　　　　　　　　　　　　　　　　　　　　[ECF No. 12]

　　　　　_____Candice S. Nam_____, Petitioner, respectfully represents to the Court:
　　　　　　　　　　　(name of petitioner)

　　　1.　　That Petitioner is an attorney at law and a member of the law firm of

_____Gordon Rees Scully Mansukhani, LLP_____
　　　　　　　　　　　　　　　　　(firm name)

with offices at_____633 W. Fifth St., 52nd Floor_____.
　　　　　　　　　　　　　　　　　(street address)

_____Los Angeles_____, _____California_____, ___90071___,
　　　　　(city)　　　　　　　　　　　　　(state)　　　　　　　　　(zip code)

___(213) 576-5057___, _____cnam@grsm.com_____.
(area code + telephone number)　　　　(Email address)

　　　2.　　That Petitioner has been retained personally or as a member of the law firm by

Defendants BC Licensing, LLC, Joshua Halpern,
Matthew Silverman, Samuel Stanovich, and Brian
Cochran_____ to provide legal representation in connection with
　　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

 American LegalNet, Inc.
www.FormsWorkFlow.com

3.     That since ___December 4, 2013___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ____California____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, Central District of California | 12/18/2013 | 293875 |
| United States District Court, Northern District of California | 4/19/2019 | 293875 |
| United States District Court, Southern District of California | 11/28/2017 | 293875 |
| United States District Court, Eastern District of California | 2/23/2015 | 293875 |
| United States Court of Appeals for the Ninth Circuit | 12/13/2013 | 293875 |
| United States District Court, District of Colorado | 4/15/2026 | 293875 |

5.     That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| None |
| --- |

7.     That Petitioner is a member of good standing in the following Bar Associations.

| State Bar of California<br>American Bar Association |
| --- |

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court<br>Administrative Body<br>or Arbitrator | Was Application<br>Granted or<br>Denied |
| --- | --- | --- | --- |
| June 11, 2025 | BC Licensing, LLC v. DMD Chicken, LLC (2:25-cv-00453-CDS-NJK) | United States District Court, District of Nevada | Granted |
| April 1, 2026 | BC Licensing, LLC v. CRC Restaurant Group, LLC (2:25-cv-02200-GMN-NJK) | United States District Court, District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

Candice S. Nam , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

23rd day of April , 2026 .

_____
Notary Public or Clerk of Court

ADIL SHEIKH
COMM. # 2454473
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires August 13, 2027

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Bradley G. Taylor____ ,
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

300 South Fourth Street, Suite 1500
_____
(street address)

Las Vegas , Nevada , 89101 ,
(city)                          (state)              (zip code)

702-577-9300 , btaylor@grsm.com ,
(area code + telephone number)       (Email address)

4

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

Docusign Envelope ID: 0BD12C6E-93AE-4091-8124-D07353B1B917

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Bradley G. Taylor _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Signed by:

_____
(party's signature)

Joshua Halpern, in his individual capacity
(type or print party name, title)

Signed by:

_____
(party's signature)

Joshua Halpern, CEO of BC Licensing, LLC
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____13778_____     btaylor@grsm.com
Bar number                Email address

APPROVED:

Dated: this _____ day of _____ , 20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

Docusign Envelope ID: 8DFB219D-4CE5-4AF3-93D1-DFFCC2924702

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Bradley G. Taylor _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:

*Matthew Silverman*

969149D95B1542D...

(party's signature)

Matthew Silverman

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Bradley Taylor*

Designated Resident Nevada Counsel's signature

_____13778_____     btaylor@grsm.com
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____ , 20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

Docusign Envelope ID: E731690D-9BDF-4B7B-8706-5DEFA63A714D

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Bradley G. Taylor _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:

*Samuel Stanovich*
81962817A3314AD...
(party's signature)

Samuel Stanovich
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Bradley Taylor*
Designated Resident Nevada Counsel's signature

_____13778_____        btaylor@grsm.com
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____ , 20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com

Docusign Envelope ID: 6F279DAE-AAE0-4E90-AE28-FAF53A186DD6

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Bradley G. Taylor _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

Signed by:

_____
(party's signature)

Brian Cochran
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____13778_____          btaylor@grsm.com
Bar number               Email address

APPROVED:

Dated: this 18th day of May, 20 26

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

American LegalNet, Inc.
www.FormsWorkFlow.com